UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN LEE SCHAFER,<br><br>           Plaintiff,<br><br>    v.<br><br>GERALD HORNE AND TERRY LANE IN THEIR OFFICIAL CAPACITIES,<br><br>           Defendants. | CASE NO. C09-5247RBL/JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL |

This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b) (1) (A) and 636(b) (1) (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4. The matter is before the court on plaintiff's Motion to Compel Discovery (Dkt. # 5). Plaintiff does not provide the court with a copy of any discovery request he has made. Nor does he set forth his discovery requests in a submission to the court as required by Local Rule 37 (b) (ii). Instead he merely states he has requested "documents" three times and has not received them (Dkt. # 5).

This case is an attempt by plaintiff to stay or prevent an ongoing state criminal prosecution. A Report and Recommendation to dismiss the action prior to service is pending

ORDER - 1

1  (Dkt. # 5).  Plaintiff has submitted three separate proposed orders with his Motion to Compel
2  (Dkt. # 5).  Each of the proposed orders asks the court to stay a current state criminal
3  prosecution.  None of the proposed orders set forth any information regarding a discovery
4  dispute.

The Motion to Compel does not comport with the pleading requirements of this court. Further, the motion deals with discovery in a state criminal case and is not properly before this court.  The motion is DENIED.

DATED this 3rd day of June, 2009.

_____
J. Richard Creatura
United States Magistrate Judge