AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

Steven Lee Schafer

JUDGMENT IN A CIVIL CASE

v.

Gerald Horne et al

CASE NUMBER: C09-5247RBL-JRC

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. This action is **DISMISSED WITHOUT PREJUDICE** based on the abstention doctrine. Mr. Schafer should raise these issues in his state court criminal trial.


June 23, 2009                          BRUCE RIFKIN
                                                                Clerk

                                                       */s/ Jennie L. Patton*
                                                               Deputy Clerk